IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-149-MOC-DCK

| | |
|---|---|
| **MAACO FRANCHISOR SPV, LLC,** successor in interest to, **MAACO FRANCHISING, LLC,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **KENNEVAN, LLC, ZACHARY LAFFERTY,** and **KARA LAFFERTY,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Kathleen K. Lucchesi, concerning Gretchen L. McGill on May 20, 2020. Gretchen L. McGill seeks to appear as counsel *pro hac vice* for Defendants Kennevan, LLC, Zachary Lafferty and Kara Lafferty. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Gretchen L. McGill is hereby admitted *pro hac vice* to represent Defendants.

Signed: May 20, 2020

David C. Keesler
United States Magistrate Judge